

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/08/2017

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| DAVID GORDON WALLACE, JR. § | | CASE NO. 15-31594-H4-7 |
| § | | |
| Debtors § | | |
| § | | |
| ──────────────────────── § | | |
| § | | |
| BRYAN STANLEY § | | |
| § | | |
| Plaintiff, § | | |
| § | | ADVERSARY NO. 15-03240 |
| v. § | | |
| § | | |
| DAVID GORDON WALLACE, JR. § | | |
| § | | |
| Defendant § | | |

### ORDER GRANTING UNOPPOSED EMERGENCY MOTION
### TO ABATE ADVERSARY PROCEEDING
### (19)

On this day came on to be considered the *Unopposed Emergency Unopposed Motion to Abate Adversary Proceeding* ("***Motion***"). Having considered the Motion, pleadings, evidence and arguments of counsel, if any, the Court finds there is cause to grant the Motion. It is therefore

**ORDERED** that this Adversary Proceeding is hereby abated until further order of this Court. It is further

**ORDERED** that a Status Conference shall be held on  August 10, 2017, at 9:30 a.m. at the Bob Casey Federal Courthouse, 515 Rusk Street, 6th Floor, Courtroom 600, Houston, Texas before Judge Jeff Bohm.

SIGNED this 6th day of Feb. 2017.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

2970460